SCWC-18-0000692

**Electronically Filed
Supreme Court
SCWC-18-0000692
23-JUN-2020
03:23 PM**

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

SAMUEL JOO RIM SU, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000692; CASE NO. 1DTA-18-00252)

ORDER GRANTING MOTION TO AMEND OPINION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)


Upon consideration of Respondent/Plaintiff-Appellee
State of Hawaiʻi's "Motion to Amend Published Opinion," filed
June 19, 2020, which this court construes as a motion for
reconsideration, the declaration attached thereto, and the
record and files herein,

IT IS HEREBY ORDERED, that the motion granted.
Footnote 5 of the opinion is deleted and all subsequent
footnotes renumbered. An amended opinion will be filed
contemporaneously with this order.

DATED: Honolulu, Hawaiʻi, June 23, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

